UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: <br> Nathaniel Williams <br><br><br> Debtor(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | BK No.: 15-36217 <br><br> Chapter: 13 <br> Honorable Jacqueline Cox |

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the Motion of the Debtor to Modify the Plan;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

1. The Debtor's current plan payment default is deferred to the end of the plan.

2. Nothing in this order shall require the Trustee to perform collections pursuant to any prior plan.

3. The plan base amount shall remain unchanged.

Enter:

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: NOV 26 2018

**Prepared by:**
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606

Rev: 20170105_bko